**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:   LASHANDA T WHITE                                    CASE NO: 11-30007-DHW
         5936 BRAMBLEWOOD
         MONTGOMERY, AL 36116

         Soc. Sec. No.  XXX-XX-0858
                  Debtor.

---

**AMENDED**
**INCOME WITHHOLDING ORDER**

---

TO:   ALABAMA POWER APPLIANCE SALES
       600 N 18TH ST
       BIRMINGHAM, AL 35291-0001

      The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code.  It is hereby

      ORDERED that   ALABAMA POWER APPLIANCE SALES withhold from the wages, earnings, or other income of this debtor the sum of **$444.00   BI-WEEKLY** and remit all such funds withheld to:

> **CURTIS C REDING, CHAPTER 13 TRUSTEE**
> **11-30007-DHW LASHANDA T WHITE**
> **P O BOX 613108**
> **MEMPHIS TN  38101-3108**

      The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

      This Order continues in force and effect until further Order of this court.

      Done Wednesday, March 20, 2013   .

cc: Debtor                                           **/ s / Dwight H. Williams Jr.**
    Debtor's Attorney                          _____
                           Dwight H. Williams Jr.
                           United States Bankruptcy Judge