UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
LASHANDA T WHITE  
    Debtor(s)

Case No: 11-30007-DHW  
Chapter 13

**AMENDED**

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

    The debtor's Chapter 13 case was filed on January 03, 2011. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, March 18, 2013, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

    Amount of debtor(s) plan payments:
    **DEBTOR PAY SCHEDULE**

    | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
    |---|---|---|---|---|
    | LASHANDA T WHITE | ALABAMA POWER APPLIANCE SALES | 317.00 | BI-WEEKLY | 02/02/2011 |
    | LASHANDA T WHITE | ALABAMA POWER APPLIANCE SALES | 340.00 | BI-WEEKLY | 02/10/2011 |
    | LASHANDA T WHITE | ALABAMA POWER APPLIANCE SALES | 444.00 | BI-WEEKLY | 03/20/2013 |

    Period of payments: 58 months or until 0.00% is paid on allowed unsecured claims.

    Payable to:     **Chapter 13 Trustee**  
                       **P. O. Box 613108**  
                       **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

    **ADMINISTRATIVE EXPENSES**

    | | | |
    |---|---|---|
    | Debtor's Attorney | Attorney's Fee Allowed | $2,500.00 |
    | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $4.00 |
    | Chapter 13 Trustee | Trustee Administrative Fee | $617.93 |
    | Clerk of Court | Filing Fee | $224.00 |

    **SECURED, PRIORITY AND SPECIAL CLAIMS**

    **Secured**

    | Creditor | 910/365 | Collateral Value | Interest | Payment |
    |---|---|---|---|---|
    | APCO EMPLOYEES CREDIT UNION | Y | $18,000.00 | 4.75 % | $505.00 |
    | INTERNAL REVENUE SERVICE | N | $8,826.76 | 0.00 % | $185.00 |
    | ALABAMA POWER COMPANY | Y | $1,592.90 | 4.75 % | $35.00 |
    | ALABAMA POWER COMPANY | N | $261.00 | 4.75 % | $6.00 |
    | ALABAMA POWER COMPANY | Y | $245.96 | 4.75 % | $6.00 |
    | ALABAMA POWER CO | Y | $1,816.10 | 4.75 % | $96.00 |

| | | | | |
|---|---|---|---|---|
| In re | | | | Case No: 11-30007-DHW |
| LASHANDA T WHITE | | | | Chapter 13 |
| Debtor(s) | | | | |

| | | | | |
|---|---|---|---|---|
| ALABAMA POWER COMPANY | Y | $832.84 | 4.75 % | $18.00 |

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, March 20, 2013.

/s/ *Curtis C. Reding.*
Curtis C. Reding
Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, March 20, 2013.

/s/ *Curtis C. Reding*
Curtis C. Reding
Chapter Thirteen Trustee